UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 JUN 26 AM 11:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHELLE MENDOZA,

        Defendant.

CASE NO. 12-CR-02163-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/25/12

_____
Barbara L. Major
U.S. Magistrate Judge